IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANA PARDUE,

    Plaintiff,

vs.                                CASE NO. 4:04-CV-457-SPM

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Notice of Settlement and Request for Administrative Closure" (doc. 31) filed July 11, 2005. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed,* each party to bear his own costs, and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>thirteenth</u> day of July, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge

/pao