IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANA PARDUE,**

    **Plaintiff,**

**vs.**                        **CASE NO. 4:04-CV-457-SPM**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,**

    **Defendant.**
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Stipulation of Dismissal With Prejudice" (doc. 35) filed August 25, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is *dismissed with prejudice*.

2.    Each party shall bear its own attorney's fees and costs.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twentieth</u> day of January, 2006.

                   *s/ Stephan P. Mickle*
                   Stephan P. Mickle
                   United States District Judge

/pao